UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIRTI TIWARI, et al.,

    Plaintiffs,

v.

JAMES MATTIS, Secretary, U.S. Department of Defense, in his official capacity,

    Defendants.

C17-242 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 19, plaintiffs' motion for preliminary injunction, docket no. 7, is RENOTED to Friday, May 19, 2017. Defendant's response to plaintiff's motion shall be due on or before Monday, May 8, 2017. Plaintiffs' reply in support of their motion shall be due on or before the new noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of April, 2017.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 1