UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRTI TIWARI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES MATTIS, Secretary, U.S. Department of Defense, in his official capacity, <br><br> Defendant. | C17-242 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' unopposed motion for leave to amend, docket no. 24, is GRANTED. Plaintiffs shall electronically file the Amended Complaint via the Case Management and Electronic Case Filing ("CM/ECF") system within seven (7) days of the date of this Minute Order. Using the CM/ECF system, plaintiff shall add any new parties and terminate any parties no longer named in the Amended Complaint, as applicable.

(2) Any answer is due within fourteen (14) days after the Amended Complaint is filed. Fed. R. Civ. P. 15(a)(3).

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of June, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1