UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRTI TIWARI, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>JAMES MATTIS, Secretary, U.S. Department of Defense, in his official capacity,<br><br>            Defendant. | C17-242 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In light of the filing of plaintiffs Mengmeng Cai, Xi Cui, Rajat Kaushik, Pingyang Liu, Blerta Mehanja, Thong Nguyen, and Sandeep Singh's notice of joinder, docket no. 31, in the pending motion for preliminary injunction, docket no. 7, plaintiffs' motion for preliminary injunction is RENOTED to June 30, 2017. Defendant may file a supplemental response brief not to exceed twenty-four (24) pages on or before Monday, June 26, 2017. Any reply shall be filed on or before the new noting date and shall not exceed twenty-four (24) pages.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of June, 2017.

                                                      William M. McCool
                                                      Clerk

                                                      s/Karen Dews
                                                    Deputy Clerk

MINUTE ORDER - 1