UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIRTI TIWARI, et al.,

        Plaintiffs,

  v.

JAMES MATTIS, Secretary, U.S. Department of Defense, in his official capacity,

        Defendant.

C17-242 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties stipulated motion for extension of deadline and page limitation, docket no. 43, is GRANTED as follows. Defendant shall have until Monday, June 26, 2017, to file a consolidated motion to dismiss and supplemental opposition to plaintiffs' motion for preliminary injunction which shall be limited to forty (40) pages.

(2) In the interest of proceeding in the most efficient manner possible, plaintiff's motion for preliminary injunction is RENOTED to July 21, 2017, to coincide with the noting date appropriate for a motion to dismiss filed on June 26, 2017. Plaintiffs may file a consolidated response to defendant's motion to dismiss and supplemental reply in support of plaintiffs' motion for preliminary injunction not to exceed forty (40) pages, or may elect to file a separate response and supplemental reply each no longer than twenty-four (24) pages, consistent with Local Civil Rule 7(e)(3) and the Court's Minute Order issued on June 9, 2017, docket no. 39. Whether filed separately or as a consolidated brief, plaintiff shall file its response to defendant's motion to dismiss and supplemental reply in support of plaintiffs' motion for preliminary injunction on or before Monday, July 17, 2017. Defendant's reply in support of its motion to dismiss, if

MINUTE ORDER - 1

any, shall be filed on or before the new noting date and shall be limited to twelve (12) pages pursuant to Local Civil Rule 7(e)(3).

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of June, 2017.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2