The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIRTI TIWARI, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES MATTIS, Secretary, U.S. Department of Defense, in his official capacity. <br><br> Defendant. | No.: 2:17-cv-00242 (TSZ) <br><br> **STIPULATED ORDER EXTENDING DEFENDANT'S DEADLINE TO FILE CONSOLIDATED MOTION TO DISMISS AND SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

WHEREAS, Defendant's deadline to file a consolidated motion to dismiss and supplemental opposition to Plaintiffs' motion for preliminary injunction is Monday, June 26, 2017;

WHEREAS, Defendant issued a revised MAVNI program policy on June 21, 2017 that affects Plaintiffs' claims in this case;

WHEREAS, the parties stipulate and agree that Defendant's deadline to file a consolidated motion to dismiss and supplemental opposition to Plaintiffs' motion for preliminary injunction shall be extended to Thursday, June 29, 2017. The parties further stipulate and agree that the remainder of the deadlines set by the Court's June 20, 2017 Minute Order, including the Noting Date for Defendant's motion, shall remain in effect.

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree that the Court may make and enter an order granting Defendant until June 29, 2017 to file its consolidated motion to dismiss and supplemental opposition to Plaintiffs' motion for preliminary injunction.

**SO STIPULATED**

DATED:  June 22, 2017                               Respectfully submitted,

*s/ Neil T. O'Donnell*                              CHAD A. READLER
Neil T. O'Donnell, Esq.                             Acting Assistant Attorney General
Atkinson, Conway & Gagnon
420 L Street, Suite 500                             ANTHONY J. COPPOLINO
Anchorage, AK 99501                                 Deputy Branch Director, Federal Programs Branch
Phone:  (907) 276-1700
Fax:  (907 272-2082                                 */s/ Nathan M. Swinton*
nto@acglaw.com                                      NATHAN M. SWINTON
Alaska Bar No. 8306049                              Trial Attorney
*Pro Hac Vice Attorney*                             U.S. Department of Justice
                                                    Civil Division, Federal Programs Branch
*s/ Joseph R. Shaeffer*                             20 Massachusetts Avenue NW
Joseph R. Shaeffer, WSBA #33273                     Washington, DC 20530
MacDonald Hoague & Bayless                          Tel: (202) 305-7667
1500 Hoge Building                                  Fax: (202) 616-8470
705 Second Avenue                                   Email: Nathan.M.Swinton@usdoj.gov
Seattle, Washington 98104
Phone:  (206) 622-1604                              *Attorneys for Defendant*
Fax:  (206) 343-3961
joe@mhb.com
*Attorney for Plaintiffs, Local Counsel*

# ORDER

**IT IS SO ORDERED.**

Dated this 23rd day of June, 2017.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge