1
2
3
4

                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE

5
6
7

KIRTI TIWARI, et al.,

                              Plaintiffs,

8

        v.                                      C17-242 TSZ

9

JAMES MATTIS, Secretary, U.S.                   MINUTE ORDER
Department of Defense, in his official
capacity,

10
11

                              Defendant.

12

        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

13
14

        (1)     The parties' Stipulated Motion for Re-Noting Defendant's Motion to Stay
Discovery and Modify Briefing Schedule, docket no. 58, is GRANTED.  Defendant's
Motion to Stay Discovery, docket no. 57, is RENOTED to Friday, August 11, 2017.
Plaintiffs shall have until Wednesday, August 9, 2017 to file any opposition to
defendant's motion.  Defendant's reply shall be due on or before the new noting date.

15
16
17

        (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

18

        Dated this 7th day of August, 2017.

19
20

                                        William M. McCool
                                        Clerk

21

                                        s/Karen Dews
                                        Deputy Clerk

22
23

MINUTE ORDER - 1