# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KIRTI TIWARI, et al.,

    Plaintiffs,

v.

JAMES MATTIS, U.S. Department of Defense, in his official capacity,

    Defendant.

C17-242 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' Motion for Leave to File Third Amended Complaint, docket no. 51, is GRANTED. Plaintiffs shall electronically file the Third Amended Complaint via the Case Management and Electronic Case Filing ("CM/ECF") system within seven (7) days of the date of this Minute Order. Using the CM/ECF system, plaintiffs shall add any new parties and terminate any parties no longer named in the Amended Complaint, as applicable. Any answer or other response is due within fourteen (14) days after the Third Amended Complaint is filed. *See* Fed. R. Civ. P. 15(a)(3).

(2) Defendant's Motion to Dismiss, docket no. 49, is STRICKEN as moot.

(3) All discovery in this action is STAYED pending further order of the Court. Defendant's Motion to Stay Discovery, docket no. 57, is STRICKEN as moot.

MINUTE ORDER - 1

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of August, 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 2