UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIRTI TIWARI, et al.,

    Plaintiffs,

v.

JAMES MATTIS, U.S. Department of Defense, in his official capacity,

    Defendant.

C17-242 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court, having been advised of defendant's request for an extension and of plaintiffs' objections thereto, hereby EXTENDS the deadline for defendant to answer or otherwise respond to the Third Amended Complaint to Tuesday, September 5, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of August, 2017.

          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk

MINUTE ORDER - 1