UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIRTI TIWARI, et al.,

               Plaintiffs,

    v.

JAMES MATTIS, Secretary, U.S.
Department of Defense, in his official
capacity,

           Defendant.

C17-242 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' stipulated motion, docket no. 66, to stay plaintiffs' motion to certify class is GRANTED as follows. The September 8, 2017, noting date for plaintiffs' motion to certify class, docket no. 64, is STRICKEN, and the Court hereby stays consideration of plaintiffs' motion pending the Court's ruling on defendant's forthcoming motion to dismiss. Should the Court deny defendant's motion to dismiss, defendant's opposition to plaintiffs' motion to certify class shall be due within fourteen (14) days of the date of the Court's Order denying defendant's motion. Plaintiffs' reply shall be due within seven (7) days after defendant's response is filed.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of August, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1