UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIRTI TIWARI, et al.,

    Plaintiffs,

v.

JAMES MATTIS, Secretary, U.S. Department of Defense, in his official capacity,

    Defendant.

C17-242-TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1) Plaintiffs' Motion to Lift Stay of Discovery, docket no. 67, is RENOTED to September 29, 2017, so that the Court can consider the matter in connection with defendant's Motion to Dismiss Third Amended Complaint, docket no. 70. Although the motion to stay is renoted, the motion is fully briefed and no further briefing shall be filed in connection with the motion to stay.

    (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 11th day of September, 2017.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1