# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KIRTI TIWARI, et al.,

    Plaintiffs,

v.

JAMES MATTIS, Secretary, U.S. Department of Defense, in his official capacity,

    Defendant.

C17-242 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court has reviewed Defendant's Notice of Intent to File Surreply, docket no. 81. Defendant's surreply, if any, shall be filed no later than January 5, 2018, and shall not exceed seven (7) pages. Plaintiffs' response to Defendant's surreply, if any, shall be due on January 19, 2018, and shall not exceed seven (7) pages. Plaintiffs' Motion for Preliminary Injunction, docket no. 78, is RENOTED for January 19, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of December, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1