# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KIRTI TIWARI,

          Plaintiff,

   v.

JAMES MATTIS,

          Defendant.

C17-242 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On August 14, 2017, the Court stayed all discovery in this action pending further order of the Court. Docket no. 62. On December 19, 2017, the Court granted Plaintiffs' Motion to Lift Stay of Discovery, docket no. 67. Prior to the discovery stay, Plaintiffs propounded their First Discovery Requests to Defendant dated July 28, 2017, *see* docket no. 57–1 (the "First Discovery Requests"). Pursuant to Federal Rules of Civil Procedure 33(b) and 34(b), Defendant is DIRECTED to serve and file any objections to the First Discovery Requests on or before January 12, 2018. Any objections shall be stated with specificity. Any objection not timely stated shall be deemed waived unless the Court, for good cause, excuses the failure. Defendant's substantive answers and responses to the First Discovery Requests shall be shall be served, but not filed, on or before January 26, 2018.

(2) Plaintiffs' Motion for Preliminary Injunction, docket no. 78, is RENOTED for February 2, 2018. The deadline for Plaintiffs to respond to Defendant's surreply (*see* docket nos. 81, 83), is EXTENDED to February 2, 2018.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of December, 2017.

                                              <u>William M. McCool</u>
                                              Clerk

                                              <u>s/Karen Dews</u>
                                              Deputy Clerk