UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIRTI TIWARI, et al.,

        Plaintiffs,

v.

JAMES MATTIS, Secretary, U.S. Department of Defense, in his official capacity,

        Defendant.

C17-242 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion, docket no. 102, for order precluding speaking objections is DENIED. Plaintiffs' over-length reply, docket no. 111, was considered.

(2) Defendant's motion, docket no. 85, to strike the declaration of Kevin H. Govern is DENIED.

(3) Defendant's motion, docket no. 109, to strike references to plaintiff Qi Xiong and non-parties Dongwoo Kim and Yang Zhidong is DENIED.

(4) The Court considers plaintiffs' motion for preliminary injunction, docket no. 78, to be fully briefed. Plaintiffs' response, docket no. 112, to defendant's fourth surreply will be considered. No further materials relating to the pending motion shall be filed by any party prior to oral argument now scheduled for Wednesday, March 21, 2018, at 9:30 a.m.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of March, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1