# EXHIBIT 11

# TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND PERMANENT INJUNCTION



OFFICE OF THE UNDER SECRETARY OF DEFENSE
4000 DEFENSE PENTAGON
WASHINGTON, D.C. 20301-4000

JUN 21 2017

PERSONNEL AND
READINESS

MEMORANDUM FOR SECRETARY OF THE ARMY
SECRETARY OF THE NAVY
SECRETARY OF THE AIR FORCE

SUBJECT: Military Accessions Vital to the National Interest Pilot Program

The Under Secretary of Defense for Personnel and Readiness memorandum, "Military Accessions Vital to the National Interest Pilot Program Extension," dated September 30, 2016, precluded a Service member accessed under the Military Accessions Vital to the National Interest (MAVNI) Pilot Program from being considered for a security clearance until he/she had completed the first enlistment. This memorandum eliminates that prohibition.

Effective immediately, individuals enlisted under the MAVNI Pilot Program who have successfully completed basic military training/boot camp (completion of formal skills training is not required), and have become naturalized U.S. citizens based on their military service, may be considered for a security clearance under the same terms, conditions, and criteria as any other U.S. citizen. A member's consideration for a security clearance is contingent on a favorable command endorsement associated with the Service member applying for, or being assigned to, a military occupational specialty, rating, career field, or duty position that requires a security clearance.

All other program guidance set forth in the September 30, 2016, memorandum remains in effect. Direct all requests for clarification concerning this guidance to the Office of the Under Secretary of Defense for Personnel and Readiness.

A. M. Kurta
Performing the Duties of the Under Secretary of
Defense for Personnel and Readiness

cc:
Chairman of the Joint Chiefs of Staff
Under Secretary of Defense for Intelligence
Chief, National Guard Bureau
Assistant Secretary of the Army
    for Manpower and Reserve Affairs
Assistant Secretary of the Navy
    for Manpower and Reserve Affairs
Assistant Secretary of the Air Force
    for Manpower and Reserve Affairs



EXHIBIT 11