UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIRTI TIWARI, *et al.*,

    Plaintiffs,

v.

JAMES MATTIS, Secretary, U.S. Department of Defense, in his official capacity,

    Defendant.

C17-242 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' stipulation, docket no. 119, the Court RENOTES Plaintiffs' Motion for Partial Summary Judgment and Permanent Injunction, docket no. 115 ("Plaintiffs' Motion") to Friday, June 1, 2018. Defendant shall file its combined opposition to Plaintiffs' Motion and cross-motion for summary judgment (collectively, "Defendant's Combined Cross-Motion/Opposition") no later than Monday, April 30, 2018. Plaintiffs shall file their combined reply in support of Plaintiffs' Motion and opposition to Defendant's cross-motion for summary judgment (collectively, "Plaintiffs' Combined Reply/Opposition") on or before May 21, 2018. Defendant's reply in support of its cross-motion for summary judgment ("Defendant's Reply") shall be due on or before Friday, June 1, 2018.

(2) Defendant's Combined Cross-Motion/Opposition shall not exceed thirty-four (34) pages. Plaintiffs' Combined Reply/Opposition shall not exceed thirty-four (34) pages. Defendant's Reply shall not exceed seventeen (17) pages. No further briefing on either motion shall be submitted unless specifically ordered by the Court.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of April, 2018.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 2