UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIRTI TIWARI, et al.,

        Plaintiffs,

v.

JAMES MATTIS, Secretary, U.S. Department of Defense, in his official capacity,

        Defendant.

C17-242 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Before the Court is Defendant's Motion for Protective Order, docket no. 123 (the "Motion for Protective Order") and Plaintiffs' First Motion to Compel Discovery, docket no. 130 (the "Motion to Compel"). The Motion for Protective Order is GRANTED in part and DENIED in part. Except as specified in Paragraph (2) of this Minute Order, all discovery is STAYED pending resolution of the cross-motions for summary judgment. *See* docket nos. 115 and 132 (the "Cross-Motions for Summary Judgment").

(2) The Motion to Compel is GRANTED in part and STRICKEN as moot in part. Insofar as he has not done so already, Defendant is DIRECTED to fully answer Plaintiffs' First Interrogatory contained in Plaintiffs' First Discovery Requests to Defendant, docket no. 130-1 at 4, no later than Monday, June 8, 2018. That interrogatory states as follows:

> Please identify all rules, policies and procedures that apply to U.S. citizen MAVNI soldiers as a group in the areas of counterintelligence and security

MINUTE ORDER - 1

screening and monitoring, issuance of security clearances, commissioning, reenlistment, promotion, issuance of orders, and travel that are different than the rules, policies and procedures that apply to other U.S. citizen soldiers (including natural-born U.S. citizen soldiers).

*Id.* If no additional responsive information exists, Defendant is DIRECTED to confirm such in his answer to the interrogatory. The Court understands that Defendant has already produced the "RAND Report," and Plaintiffs' request to compel production of that document is therefore moot.

(3) Plaintiffs may file one supplemental brief in response to the Cross-Motions for Summary Judgment, not to exceed ten (10) pages, on or before Friday, June 22, 2018. Defendant may file one supplemental response, not to exceed ten (10) pages, no later than Friday, June 29, 2018. The Cross-Motions for Summary Judgment are RENOTED to Friday, July 6, 2018.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of May, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk