UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIRTI TIWARI, et al.,

    Plaintiffs,

 v.

JAMES MATTIS, Secretary,
U.S. Department of Defense, in his
official capacity,

    Defendant.

C17-242 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

 (1) Plaintiffs' motion for partial summary judgment, docket no. 115, and defendant's cross-motion for summary judgment, docket no. 132, are DENIED. The Court concludes that genuine disputes of material fact preclude granting summary judgment in favor of either side. *See* Fed. R. Civ. P. 56(a). This matter remains set for trial on November 5, 2018.

 (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of September, 2018.

            William M. McCool
            Clerk

            s/Karen Dews
            Deputy Clerk

MINUTE ORDER - 1