UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIRTI TIWARI, et al.,

    Plaintiffs,

v.

JAMES MATTIS, Secretary, U.S. Department of Defense, in his official capacity,

    Defendant.

C17-242 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court, having granted defendant's motion for a continuance of the Trial date and related dates made at the telephonic status conference held on September 12, 2018, issues the following amended schedule:

| | | |
|---|---|---|
| **BENCH TRIAL** set for | 9:00 AM on | November 26, 2018 |
| Motions in Limine due by | | October 18, 2018 |
| Pretrial Order due by | | November 9, 2018 |
| Trial Briefs to be submitted by | | November 9, 2018 |
| Proposed Findings of Fact and Conclusions of Law due by | | November 12, 2018 |
| Pretrial Conference set for | 10:00 AM on | November 16, 2018 |

MINUTE ORDER - 1

1    All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 101, shall remain in full force and effect.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of September, 2018.

<pre>
                                William M. McCool
                                Clerk

                                s/Karen Dews
                                Deputy Clerk
</pre>

MINUTE ORDER - 2