UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIRTI TIWARI, et al.,

    Plaintiffs,

v.

JAMES MATTIS, Secretary, U.S. Department of Defense, in his official capacity,

    Defendant.

C17-242 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion for extension, docket no. 150, is GRANTED as follows. Defendant may file, on or before October 25, 2018, a motion asserting the state secrets privilege. Such motion shall not exceed eight (8) pages in length and shall be noted for the third Friday after filing. Any response shall not exceed eight (8) pages in length and shall be filed by noon on Wednesday, November 7, 2018. No reply shall be filed unless requested by the Court. Nothing in this Minute Order shall be construed as extending the previously expired deadline for defendant to file or orally bring a motion to dismiss or for summary judgment on any basis.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of October, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1