UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRTI TIWARI, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>JAMES MATTIS, Secretary,<br>U.S. Department of Defense, in his<br>official capacity,<br><br>　　　　　　Defendant. | C17-242 TSZ<br><br>MINUTE ORDER |

　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　(1)　Defendant's motion in limine seeking a protective order against disclosure at trial of classified information, docket no. 157, is DEFERRED to the Pretrial Conference.

　　(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　Dated this 7th day of November, 2018.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1