*Tiwari v. Mattis*, Case No. 2:17-cv-00242-TSZ
TRIAL EXHIBIT LIST
(As of 11/30/18)

| Ex. | Description | Authenticity Stipulated | Admissibility Stipulated | Admissibility Disputed | Admitted |
|---|---|---|---|---|---|
| 1 | Enlisted Record Brief (ERB) of Valdeta Mehanja (previously marked as Common Dep. Ex. 1 and Pl. MPSJ Ex. 1) | X | X | | PTC 11/16/18 |
| 2 | Favorable Military Suitability Determination for Mehanja 8/24/16 (previously marked as Common Dep. Ex. 2 and Pl. MPSJ Ex. 2) | X | X | | PTC 11/16/18 |
| 3 | Interim Clearance for Mehanja 11/9/16 (previously marked as Common Dep. Ex. 3 and Pl. MPSJ Ex. 3) | X | | X | |
| 4 | Peter Levine Memo 9/30/16 (previously marked as Common Dep. Ex. 4 and Pl. MPSJ Ex. 4) | X | X | | PTC 11/16/18 |
| 5 | O'Sullivan Recommendation for Mehanja 11/8/16 (previously marked as Common Dep. Ex. 5 and Pl. MPSJ Ex. 5) | X | | X | Admitted 11/26/2018 |
| 6 | Sheehan Recommendation for Mehanja 9/15/16 (previously marked as Common Dep. Ex. 6 and Pl. MPSJ Ex. 6) | X | X | | PTC 11/16/18 |
| 7 | Moyes Recommendation for Mehanja 11/14/16 (previously marked as Common Dep. Ex. 7 and Pl. MPSJ Ex. 7) | X | X | | PTC 11/16/18 |
| 8 | Rollie Recommendation for Mehanja 10/28/16 (previously marked as Common Dep. Ex. 8 and Pl. MPSJ Ex. 8) | X | X | | PTC 11/16/18 |
| 9 | Memo re Mehanja ineligibility for OCS 11/30/16 (previously marked as Common Dep. Ex. 9 and Pl. MPSJ Ex. 9) | X | | X | Admitted 11-/26/2018 |

*Tiwari v. Mattis*, Case No. 2:17-cv-00242-TSZ
TRIAL EXHIBIT LIST
(As of 11/30/18)

| Ex. | Description | Authenticity Stipulated | Admissibility Stipulated | Admissibility Disputed | Admitted |
|---|---|---|---|---|---|
| 10 | Exception to Policy Letters for Original Plaintiffs 4/24/17 (previously marked as Common Dep. Ex. 10 and Pl. MPSJ Ex. 10) | X | X | | PTC 11/16/18 |
| 11 | Kurta "equal treatment" memo 6/21/17 (previously marked as Common Dep. Ex. 11 and Pl. MPSJ Ex. 11) | X | X | | PTC 11/16/18 |
| 12 | Mehanja / Dandridge / Farrier emails (previously marked as Common Dep. Ex. 12 and Pl. MPSJ Ex. 12) | X | | X | Admitted 11/26/18 |
| 13 | McSwain Declaration 12/11/17 (previously marked as Common Dep. Ex. 13 and Pl. MPSJ Ex. 13) | X | X | | PTC 11/16/18 |
| 14 | Malphrus email 11/16/17 (previously marked as Common Dep. Ex. 14 and Pl. MPSJ Ex. 1) | X | | X | |
| 15 | Valdeta Mehanja MAVNI Information Paper | X | X | | PTC 11/16/18 |
| 16 | Stephanie Barna ETP Memo 5/5/17 | X | X | | PTC 11/16/18 |
| 17 | Instructions to MAVNI Personnel Prior to Arrival 4/21/17 (previously marked Pl. MPSJ Ex. 17) | X | X | | PTC 11/16/18 |
| 18 | Nio v. U.S. Dep't Homeland Security, February 28, 2018, Bi-Weekly Status Report (previously marked Pl. MPSJ Ex. 18) | X | X | | PTC 11/16/18 |
| 19 | Nio v. U.S. Dep't Homeland Security, March 14, 2018, Bi-Weekly Status Report (previously marked Pl. MPSJ Ex. 19) | X | X | | PTC 11/16/18 |

*Tiwari v. Mattis*, Case No. 2:17-cv-00242-TSZ
TRIAL EXHIBIT LIST
(As of 11/30/18)

| Ex. | Description | Authenticity Stipulated | Admissibility Stipulated | Admissibility Disputed | Admitted |
|---|---|---|---|---|---|
| 20 | DoD Manual 5200.02 Personnel Screening Program (previously marked Pl. MPSJ Ex. 20) | X | X | | PTC 11/16/18 |
| 21 | Office of Personnel Management 2017 Agency Financial Report (Portions) (previously marked Pl. MPSJ Ex. 21) | X | X | | PTC 11/16/18 |
| 22 | SF 86 Form (previously marked Pl. MPSJ Ex. 22) | X | X | | PTC 11/16/18 |
| 23 | Federal Investigative Standards (previously marked Pl. MPSJ Ex. 23) | X | X | | PTC 11/16/18 |
| 24 | National Security Adjudicative Guidelines (previously marked as Common Dep. Ex. 24 and Pl. MPSJ Ex. 24) | X | X | | PTC 11/16/18 |
| 25 | *Nio v. U.S. Dep't Homeland Security*, 10/27/17 Hearing Transcript (Portion) (previously marked Pl. MPSJ Ex. 25) | X | X | | PTC 11/16/18 |
| 26 | Debra Wada 1-6-17 memo | X | X | | PTC 11/16/18 |
| 27 | Verdugo 1-4-12 MAVNI Briefing | X | X | X | Admitted 11/26/2018 |
| 28 | Verdugo 10-28-14 MAVNI Briefing | X | X | X | Admitted 11/26/2018 |
| 29 | HumRRO Report | X | X | | PTC 11/16/18 |
| 30 | DNI Continuous Evaluation – Overview (previously marked Ex. 1 to Pl. Reply Br. in Support of MPSJ) | X | X | | PTC 11/16/18 |

*Tiwari v. Mattis*, Case No. 2:17-cv-00242-TSZ
TRIAL EXHIBIT LIST
(As of 11/30/18)

| Ex. | Description | Authenticity Stipulated | Admissibility Stipulated | Admissibility Disputed | Admitted |
|---|---|---|---|---|---|
| 31 | DoD CAF MAVNI Incumbent Review, April 23, 2017 (previously marked Ex. 2 to Pl. Reply Br. in Support of MPSJ) | X | X | | PTC 11/16/18 |
| 32 | Tiger Team End-to-End Process Review of the MAVNI Program (previously marked Ex. 3 to Pl. Reply Br. in Support of MPSJ) | X | X | | PTC 11/16/18 |
| 33 | RAND Report on MAVNI Program (previously marked Ex. 4 to Pl. Reply Br. in Support of MPSJ) | X | X | | PTC 11/16/18 |
| 34 | Washington Post 4/5/18 Article "ICE Moving to Deport a Veteran after Mattis Assured that Would Not Happen," (previously marked Ex. 5 to Pl. Reply Br. in Support of MPSJ) | X | | X | |
| 35 | DoD CAF LPR & MAVNI National Security Determinations: Anedotal Comparison (previously marked Ex. 6 to Pl. Reply Br. in Support of MPSJ) | X | X | | PTC 11/16/18 |
| 36 | Executive Order 12968, Access to Classified Information (previously marked Ex. 7 to Pl. Reply Br. in Support of MPSJ) | X | X | | PTC 11/16/18 |
| 37 | DoD Instruction, Personal Security Program, No. 5200.02 (previously marked Ex. 8 to Pl. Reply Br. in Support of MPSJ) | X | X | | PTC 11/16/18 |
| 38 | MAVNI Information Paper, 8/9/17 (previously marked Ex. 9 to Pl. Reply Br. in Support of MPSJ) | X | X | | PTC 11/16/18 |

*Tiwari v. Mattis*, Case No. 2:17-cv-00242-TSZ
TRIAL EXHIBIT LIST
(As of 11/30/18)

| Ex. | Description | Authenticity Stipulated | Admissibility Stipulated | Admissibility Disputed | Admitted |
|---|---|---|---|---|---|
| 39 | Command Recommendation for RAJ CHETTRI security clearance, 2/22/16 (previously marked Ex. 10 to Pl. Reply Br. in Support of MPSJ) | X | X | | PTC 11/16/18 |
| 40 | USAREC Recruiting program for AMEDD, 3-18 | X | | X | |
| 41 | Army Reserve Careers Division (ARCD) Warrant Officer Candidate School (WOCS) recruiting presentation (previously filed on 5/23/18 as Ex. 1 Supp. Authority in Support of Pl. MPSJ) | X | | X | |
| 42 | DoD Second Amended Objections and Responses to Interrogatory No. 1 from Pl. First Discovery Requests dated 6/18/18 (previously marked Ex. 1 to Pl. Supplemental Br. in support of Pl MPSJ) | X | X | | PTC 11/16/18 |
| 43 | Email from MSG David Hernandez 5/23/18 distributing ARCD recruiting presentation (previously marked Ex. 2 to Pl. Supplemental Br. in support of Pl MPSJ) | X | | X | |
| 44 | USAREC emails 4-18 re Army Nurse Corps | X | | X | |
| 45 | DoD CAF MAVNI Standard Operating Procedures, Special Processing Branch May 2017 (previously marked as Common Dep. Ex. 15) | X | | X | |
| 46 | DoD CAF Information Paper of Army MAVNI Applicants and MAVNI Incumbents 21 June 17 (previously marked as Common Dep. Ex. 16) | X | | X | Admitted 11/27/2018 |

*Tiwari v. Mattis*, Case No. 2:17-cv-00242-TSZ
TRIAL EXHIBIT LIST
(As of 11/30/18)

| Ex. | Description | Authenticity Stipulated | Admissibility Stipulated | Admissibility Disputed | Admitted |
|---|---|---|---|---|---|
| 47 | DoD CAF Information Paper of Army MAVNI Applicants and MAVNI Incumbents 21 June 17 (previously marked as Common Dep. Ex. 17) | X | | X | Admitted 11/27/2018 |
| 48 | DoD CAF Information Paper of Army MAVNI Applicants and MAVNI Incumbents 21 June 17 (previously marked as Common Dep. Ex. 18) | X | | X | |
| 49 | Kurta and Bingen Memo Re MAVNI Pilot Program 10/13/17 (previously marked as Common Dep. Ex 19) | X | X | | PTC 11/16/18 |
| 50 | Emails between SSG Martinson, McClure and email to SPC Keigni Di Satchou 6/28/17 (previously marked Common Dep. Ex. 20) | X | | X | Admitted 11/26/2018 |
| 51 | Emails between Terrill White and SPC Keigni Di Satchou 10/31/17 (previously marked Common Dep. Ex. 21) | X | | X | |
| 52 | Daniel Purtill Dec. 1/5/18 (previously marked Common Dep. Ex. 22) | X | X | | PTC 11/16/18 |
| 53 | Interim security clearance verification for SPC Keigni Di Satchou 1/22/18 (previously marked Common Dep. Ex. 23) | X | X | | PTC 11/16/18 |
| 54 | RESERVED | | | | |
| 55 | SPC Eva Xiong 1/29/18 email to SFC Smigell with attchments (previously marked Common Dep. Ex. 25) | X | | X | |

*Tiwari v. Mattis*, Case No. 2:17-cv-00242-TSZ
TRIAL EXHIBIT LIST
(As of 11/30/18)

| Ex. | Description | Authenticity Stipulated | Admissibility Stipulated | Admissibility Disputed | Admitted |
|---|---|---|---|---|---|
| 56 | SFC Smigell 1/30/18 email to SPC Eva Xiong (previously marked Common Dep. Ex. 26) | X | | X | |
| 57 | Patricia Stokes Declaration 1/5/18 (previously marked Common Dep. Ex. 57) | X | X | X | |
| 58 | Stephanie Barna memo 4/27/18 | X | X | | PTC 11/16/18 |
| 59 | Undated Action Memo from Kurta and Lowery prepared by Stephanie Miller | X | | X | Admitted 11/29/2018 |
| 60 | WaPo Article 6/26/17 The Pentagon Promised Citizenship | X | | X | |
| 61 | RESERVED | | | | |
| 62 | Recommendation ltr for Raj Chettri by Cpt Gray 1-25-16 | X | X | | PTC 11/16/18 |
| 63 | Request to adjudicate Raj Chettri Top Secret Clearance Battalion S2 2-11-16 | X | X | | PTC 11/16/18 |
| 64 | Request to adjudicate Raj Chettri Top Secret Clearance LTC Parker 2-22-16uq | X | X | | PTC 11/16/18 |
| 65 | Emails re Raj Chettri clearance status 2-10 to 2/12/18 | X | | X | |
| 66 | Verification of Interim Secret Clearance for Raj Chettri 2-13-18 | X | | X | |

*Tiwari v. Mattis*, Case No. 2:17-cv-00242-TSZ
TRIAL EXHIBIT LIST
(As of 11/30/18)

| Ex. | Description | Authenticity Stipulated | Admissibility Stipulated | Admissibility Disputed | Admitted |
|---|---|---|---|---|---|
| 67 | Request to Expedite Raj Chettri clearance 2-27-18 | X | | X | |
| 68 | Request to Expedite Raj Chettri clearance 5-17-17 | X | | X | |
| 69 | Seung Yoon Yang MAVNI Information Paper 10-9-14 | X | X | | PTC 11/16/18 |
| 70 | RESERVED | | | | |
| 71 | Amandeep Singh 7/23/15 MAVNI Info Paper | X | X | | PTC 11/16/18 |
| 72 | RESERVED | | | | |
| 73 | University of Houston Tiwari recommendation letter 4-4-16 | X | | X | Admitted 11/26/2018 |
| 74 | Baylor College of Medicine Tiwari recommendation letter 4-4-16 | X | | X | Admitted 11/26/2018 |
| 75 | CPT Gonzalez, Tiwari recommendation letter 4-8-16 | X | X | | PTC 11/16/18 |
| 76 | Col. Smith, Tiwari recommendation letter, 7-12-16 | X | X | | PTC 11/16/18 |
| 77 | Memo re Two Year Extension of MAVNI, 8-17-10 | X | X | | PTC 11/16/18 |

*Tiwari v. Mattis*, Case No. 2:17-cv-00242-TSZ
TRIAL EXHIBIT LIST
(As of 11/30/18)

| Ex. | Description | Authenticity Stipulated | Admissibility Stipulated | Admissibility Disputed | Admitted |
|---|---|---|---|---|---|
| 78 | Memo re MAVNI Security Reviews and Monitoring Programs, 2-16-12 | X | X | | PTC 11/16/18 |
| 79 | Memo re MAVNI re DACA Eligibility, 9-25-14 | X | X | | PTC 11/16/18 |
| 80 | Memo re MAVNI Program Suitability, 4-5-17 | X | X | | PTC 11/16/18 |
| 81 | Memo re 2017 MAVNI Accessions, 7-17-17 | X | X | | PTC 11/16/18 |
| 82 | Memo re Continued Counterintelligence Support for MAVNIs Accessed Prior to 9-30-16 | X | X | | PTC 11/16/18 |
| 83 | Memo re Concurrence with Procedures for Vetting Non-US Citizens, 5-2-18 | X | X | | PTC 11/16/18 |
| 84 | Memo re Dept. Army two-year extension of MAVNI program, 12-19-14 | X | X | | PTC 11/16/18 |
| 85 | MAVNI Program memo 10-13-17 | ? | ? | ? | |
| 86 | UNNJ Website Wayback Snapshots 6-10-14 through 6-24-14 | X | | X | Admitted 11/27/2018 |
| 87 | UNNJ Website Wayback Snapshots 2-28-15 through 3-27-16 | X | | X | |
| 88 | UNNJ Website Wayback Snapshots 6-10-14 through 6-24-14, horizontal layout | X | | X | |

*Tiwari v. Mattis*, Case No. 2:17-cv-00242-TSZ
TRIAL EXHIBIT LIST
(As of 11/30/18)

| Ex. | Description | Authenticity Stipulated | Admissibility Stipulated | Admissibility Disputed | Admitted |
|---|---|---|---|---|---|
| 89 | UNNJ Website Wayback Snapshots 2-28-15 through 3-27-16, horizontal layout | X | | X | |
| 90 | Sandeep Singh 10-23-12 MAVNI Information Paper | X | X | | PTC 11/16/18 |
| 91 | Command Endorsement for Sandeep Singh security clearance, Cpt. Macedo 6-27-17 | X | X | | PTC 11/16/18 |
| 92 | Command Endorsement for Sandeep Singh security clearance, LTC Sarrette 7-17-17 | X | X | | PTC 11/16/18 |
| 93 | Emails Sandeep Singh – Minick 7-23-17 etc. | X | | X | Admitted 11/27/2018 |
| 94 | Emails Sandeep Singh – Mull 8-9-17 etc. | X | | X | Admitted 11/27/2018 |
| 95 | Verdugo and Stock Paper on Impact of Foreign Born Population on Army Recruiting and Force 2025 | X | X | | PTC 11/16/18 |
| 96 | Verdugo and Stock Power Point on Impact of Foreign Born Population on Army Recruiting and Force 2025 | X | X | | PTC 11/16/18 |
| 97 | DAMI-CDS Memo :Subject Military dated Oct 16, 2012 | X | X | | Admitted 11/26/2018 |
| 98 | DOD – CAF Overview of Non- US Citzen dated Feb. 10, 2017 | X | | | Admitted 11/29/2018 |
| 99 | Department of Defense Consolidated Adjudications dated May 19, 2017 Mavni DACA Review **NOT OFFERED** | | | | |

*Tiwari v. Mattis*, Case No. 2:17-cv-00242-TSZ
TRIAL EXHIBIT LIST
(As of 11/30/18)

| Ex. | Description | Authenticity Stipulated | Admissibility Stipulated | Admissibility Disputed | Admitted |
|---|---|---|---|---|---|
| 100 | Department of the Army Feedom of Info dated October 19, 2018 - **REFUSED** | X | | X | |
| 101 | | | | | |
| 102 | | | | | |
| 103 | | | | | |
| 104 | | | | | |
| 105 | | | | | |
| 106 | | | | | |
| 107 | | | | | |
| 108 | | | | | |
| 109 | | | | | |
| 110 | | | | | |
| 111 | | | | | |

*Tiwari v. Mattis*, Case No. 2:17-cv-00242-TSZ
TRIAL EXHIBIT LIST
(As of 11/30/18)

| Ex. | Description | Authenticity Stipulated | Admissibility Stipulated | Admissibility Disputed | Admitted |
|---|---|---|---|---|---|
| 200 | Memorandum from Robert Gates, Secretary of Defense, for Secretaries of the Army, Navy, and Air Force (November 25, 2008) | X | X | | PTC 11/16/18 |
| 201 | Memorandum from John M. McHugh, Secretary of the Army, for Under Secretary of Defense (Personnel and Readiness) (June 22, 2010) | X | X | | PTC 11/16/18 |
| 202 | Memorandum from Ashton Carter, Deputy Secretary of Defense, for Secretaries of the Army, Navy, and Air Force (May 16, 2012) | X | X | | PTC 11/16/18 |
| 203 | Memorandum from Mary A. Legere, Lieutenant General, GS; Deputy Chief of Staff, G-2, for Principal Officials of Headquarters, Department of the Army Commander (October 16, 2012) | X | X | | PTC 11/16/18 |
| 204 | Memorandum from Patricia P. Stokes, Senior Security Advisor, DISL, for Deputy Under Secretary of Defense for Intelligence (October 24, 2014) | X | X | | PTC 11/16/18 |
| 205 | Memorandum from Stephanie Barna, Principal Deputy Assistant Secretary of Defense (Readiness and Force Management), Performing the Duties of the Assistant Secretary of Defense (Readiness and Force Management), for Assistant Secretary of the Army for Manpower and Reserve Affairs, *et al.* (March 11, 2015) | X | X | | PTC 11/16/18 |

*Tiwari v. Mattis*, Case No. 2:17-cv-00242-TSZ
TRIAL EXHIBIT LIST
(As of 11/30/18)

| Ex. | Description | Authenticity Stipulated | Admissibility Stipulated | Admissibility Disputed | Admitted |
|---|---|---|---|---|---|
| 206 | Memorandum from Debra S. Wada, Office of the Assistant Secretary for Manpower and Reserve Affairs, for Deputy Chiefs of Staff G-1, G-2 (January 6, 2017) | X | | | PTC 11/16/18 |
| 207 | Memorandum from A.M. Kurta, Acting Under Secretary of Defense for Personnel and Readiness, for Secretaries of the Army, Navy, and Airforce (June 21, 2017) | X | X | | PTC 11/16/18 |
| 208 | Memorandum from A.M. Kurta, Performing the Duties of Under Secretary of Defense for Personnel and Readiness, for Secretaries of Military Departments, *et al.* (October 13, 2017) | X | X | | PTC 11/16/18 |
| 209 | Plaintiff Kirti Tiwari's Response to Defendant's First Discovery Requests, served on April 16, 2018 | X | X | | PTC 11/16/18 |
| 210 | Plaintiff Seung Yoon Yang's Response to Defendant's First Discovery Requests, served on April 16, 2018 | X | X | | PTC 11/16/18 |
| 211 | Plaintiff Amandeep Singh's Response to Defendant's First Discovery Requests, served on April 16, 2018 | X | X | | PTC 11/16/18 |
| 212 | Plaintiff Duncan Makau's Response to Defendant's First Discovery Requests, served on April 16, 2018 | X | X | | PTC 11/16/18 |
| 213 | Plaintiff Valdeta Mehanja's Response to Defendant's First Discovery Requests, served on April 16, 2018 | X | X | | PTC 11/16/18 |

*Tiwari v. Mattis*, Case No. 2:17-cv-00242-TSZ
TRIAL EXHIBIT LIST
(As of 11/30/18)

| Ex. | Description | Authenticity Stipulated | Admissibility Stipulated | Admissibility Disputed | Admitted |
|---|---|---|---|---|---|
| 214 | Plaintiff Raj Chettri's Response to Defendant's First Discovery Requests, served on April 16, 2018 | X | X | | PTC 11/16/18 |
| 215 | Plaintiff Thong Nguyen Response to Defendant's First Discovery Requests, served on April 16, 2018 | X | X | | PTC 11/16/18 |
| 216 | Plaintiff Xi Cui's Response to Defendant's First Discovery Requests, served on April 16, 2018 | X | X | | PTC 11/16/18 |
| 217 | Plaintiff Rajat Kaushik's Response to Defendant's First Discovery Requests, served on April 16, 2018 | X | X | | PTC 11/16/18 |
| 218 | Plaintiff Blerta Mehanja's Response to Defendant's First Discovery Requests, served on April 16, 2018 | X | X | | PTC 11/16/18 |
| 219 | Plaintiff Mengmeng Cai Response to Defendant's First Discovery Requests, served on April 16, 2018 | X | X | | PTC 11/16/18 |
| 220 | Plaintiff Sandeep Singh's Response to Defendant's First Discovery Requests, served on April 16, 2018 | X | X | | PTC 11/16/18 |
| 221 | Plaintiff Fleury Ngantchop Keigni Di Satchou's Response to Defendant's First Discovery Requests, served on April 16, 2018 | X | X | | PTC 11/16/18 |
| 222 | Plaintiff Kaushal Wadhwani's Response to Defendant's First Discovery Requests, served on April 16, 2018 | X | X | | PTC 11/16/18 |

*Tiwari v. Mattis*, Case No. 2:17-cv-00242-TSZ
TRIAL EXHIBIT LIST
(As of 11/30/18)

| Ex. | Description | Authenticity Stipulated | Admissibility Stipulated | Admissibility Disputed | Admitted |
|---|---|---|---|---|---|
| 223 | Plaintiff Angelia Acebes's Response to Defendant's First Discovery Requests, served on April 16, 2018 | X | X | | PTC 11/16/18 |
| 224 | Plaintiff Kusuma Nio's Response to Defendant's First Discovery Requests, served on April 16, 2018 | X | X | | PTC 11/16/18 |
| 225 | Plaintiff Qi Xiong's Response to Defendant's First Discovery Requests, served on April 16, 2018 | X | X | | PTC 11/16/18 |
| 226 | | | | | |
| 227 | | | | | |
| 228 | | | | | |
| 229 | | | | | |
| 230 | | | | | |
| 231 | | | | | |
| 232 | | | | | |
| 233 | | | | | |
| 234 | | | | | |
| 235 | | | | | |
| 236 | | | | | |