The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIRTI TIWARI, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PATRICK M. SHANAHAN, Acting Secretary, U.S. Department of Defense, in his official capacity,<br><br>　　　　Defendant. | No. 2:17-cv-00242 (TSZ)<br><br>**NOTICE OF APPEAL** |

On February 14, 2019, this Court entered a judgment in favor of Plaintiffs and a permanent injunction. ECF No. 194. Defendant hereby appeals from the Court's judgment to the United States Court of Appeals for the Ninth Circuit.

DATED: April 11, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General, Civil Division

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Michael F. Knapp*
MICHAEL F. KNAPP
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8613
Email: Michael.Knapp@usdoj.gov

*Counsel for Defendant*

NOTICE OF APPEAL - 1
*Tiwari, et al. v. Mattis*, No. 2:17-cv-00242 (TSZ)

**U.S. DEPARTMENT OF JUSTICE**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 514-3259**

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2019, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this April 11, 2019.

                                                */s/ Michael F. Knapp*
                                                MICHAEL F. KNAPP

NOTICE OF APPEAL - 2

*Tiwari, et al. v. Mattis*, No. 2:17-cv-00242 (TSZ)

**U.S. DEPARTMENT OF JUSTICE**
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-3259